IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Hiero, Elizabeth H | Case Number: 08 B 22753 |
|---|---|
| | Judge: Squires, John H |
| Printed: 03/24/09 | Filed: 8/28/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 28, 2009
Confirmed:   None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,300.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 190.79 |
| Other Funds: |  | 409.21 |
| Totals: | 3,300.00 | 3,300.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Thomas M Britt PC | Administrative | 2,700.00 | 2,700.00 |
| 2. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 3. | Litton Loan Servicing | Secured | 40,005.03 | 0.00 |
| 4. | Sallie Mae | Unsecured | 6,119.25 | 0.00 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 100.80 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 36.02 | 0.00 |
| 7. | Palos Community Hospital | Unsecured | 840.60 | 0.00 |
| 8. | Midland Credit Management | Unsecured | 149.78 | 0.00 |
| 9. | Joan & Jane Duda | Unsecured | 31,500.00 | 0.00 |
| 10. | Jefferson Capital Systems LLC | Unsecured | 79.17 | 0.00 |
| 11. | Charter One Bank | Unsecured | | No Claim Filed |
| 12. | Capital One | Unsecured | | No Claim Filed |
| 13. | City Of Chicago | Unsecured | | No Claim Filed |
| 14. | Comcast | Unsecured | | No Claim Filed |
| 15. | Fair Share Plus Collections | Unsecured | | No Claim Filed |
| 16. | Dish Network | Unsecured | | No Claim Filed |
| 17. | First Premier Bank | Unsecured | | No Claim Filed |
| 18. | Publishers Clearing House | Unsecured | | No Claim Filed |
| 19. | Village of Orland Hills | Unsecured | | No Claim Filed |
| 20. | Plains Commerce Bank | Unsecured | | No Claim Filed |
| 21. | Regional Publishing Corp | Unsecured | | No Claim Filed |
| 22. | Palos Community Hospital | Unsecured | | No Claim Filed |
| 23. | Saint Xavier College | Unsecured | | No Claim Filed |
| 24. | TCF Bank | Unsecured | | No Claim Filed |
| | | | $ 81,530.65 | $ 2,700.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Hiero, Elizabeth H

Printed: 03/24/09

Case Number: 08 B 22753
Judge: Squires, John H
Filed: 8/28/08

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.6% | 190.79 |
| | $ 190.79 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: